# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| LEROY SAMPY, JR. | CIVIL ACTION NO. 23-0686-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| UNKNOWN DEFENDANTS, ET AL. | MAGISTRATE JUDGE AYO |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that claims addressed in the Magistrate's Report and Recommendation are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all claims against the following defendants be **DISMISSED WITH PREJUDICE**: (1) Unknown Defendants, (2) Medical, (3) Sheriff of Lafayette, (4) Detective Tenney, (5) Paula Smith, (6) Lt. Vidrine, (7) Jared Yashar, (8) Idella Williams, and (9) Lafayette Parish Correctional Center.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 13th day of August, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE